## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:  Case No. 16-10389-AJC

LIZA HAZAN a/k/a ELIZABETH HAZAN,  Chapter 11

Debtor,
_____/

## NOTICE OF APPEAL

Chris Kosachuk, *pro se*, appeals under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of Florida from the Order Granting Liza Hazan's Expedited Motion for Contempt, to Strike Lis Pendens and To Impose Sanctions [ECF 1194], filed on June 28, 2022, by U.S. Bankruptcy Judge A. Jay Cristol and entered on the docket on June 28, 2022 in this case (the "Order") a copy of which is attached to this Notice of Appeal.

This Notice of Appeal is related to a pending appeal before the Honorable Robert N. Scola, captioned as, *NLG, LLC, v. Liza Hazan* under case number 18-20186-Civ-Scola which is an appeal of the Discharge Order in this same bankruptcy.

This Notice of Appeal is related to a pending appeal before the Honorable Robert N. Scola, captioned as, *Kosachuk, v. Liza Hazan* under case number 22-21485-Civ-Scola which is an appeal of the Order Denying Motion to Compel Post Confirmation Quarterly Operating Reports in this same bankruptcy.

In appealing from this Order, Mr. Kosachuk appeals from all orders and decisions antecedent and ancillary thereto, including all interlocutory judgments, decrees, rulings, reports, recommendations and opinions that merged into and became part of the Order, that shaped the Order, that are related to the Order and upon which the Order is based.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Part 1. Identify the appellant:**

1. Name of Appellant: Chris Kosachuk

2. Position of Appellant: Interested Party

**Appellant: Chris Kosachuk**

Chris Kosachuk
854 Pheasant Run Road
West Chester, PA 19382
chriskosachuk@gmail.com

Chris Kosachuk
Pro Se Appellant
854 Pheasant Run Road
West Chester, PA 19382
chriskosachuk@gmail.com

**PART 2. Identify the subject of this appeal:**

1. Describe the judgment, order or decree appealed from:

Order Granting Liza Hazan's Expedited Motion for Contempt, to Strike Lis Pendens and To Impose Sanctions [ECF 1194]

2. State the date on which the Order was entered on the docket: June 28, 2022

**PART 3: Identify the other parties to the appeal**

| Party: Debtor/Appellee | Attorney |
|---|---|
| Liza Hazan a/k/a Elizabeth Hazan<br>6913 Valencia Drive<br>Fisher Island, FL 33109 | Joe M. Grant<br>MARSHALL SOCARRAS GRANT, P.L.<br>197 South Federal Highway, Suite 300<br>Boca Raton, FL 33432<br>Telephone No. 561-361-1000<br>Facsimile No. 561-672-7581<br>Email: jgrant@msglaw.com<br><br>David W. Langley<br>LAW OFFICES OF DAVID W. LANGLEY<br>8551 W. Sunrise Blvd.<br>Suite 303<br>Fort Lauderdale, FL 33322<br>Telephone No. 954-356-0450<br>Fax No. 954-356-0451<br>Email: dave@flalawyer.com |
| Party: Debtor/Appellee | Attorney |
| | Daniel A. Bushell<br>BUSHELL LAW, P.A.<br>6400 North Andrews Avenue, Suite 505<br>Fort Lauderdale, Florida 33309<br>Phone: 954-666-0220<br>dan@bushellappellatelaw.com<br><br>JOEL M. ARESTY, P.A.<br>309 1st Ave S<br>Tierra Verde FL 33715<br>Tel 305--904--1903<br>Fax 800--559--1870<br>E--mail Aresty@Mac.com |

July 7, 2022.

Respectfully submitted,

Chris Kosachuk
*Pro Se Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered to the Clerk of Court for electronic filing on this 8th day of July, 2022.

Respectfully submitted,

**Chris Kosachuk**

*Pro Se Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

*Served via CM/ECF or Email*

All parties of record



ORDERED in the Southern District of Florida on June 28, 2022.

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 16-10389-AJC

LIZA HAZAN a/k/a ELIZABETH HAZAN,  Chapter 11

Debtor.
_____/

### ORDER GRANTING LIZA HAZAN'S EXPEDITED MOTION FOR CONTEMPT, TO STRIKE EIGHTH LIS PENDENS AND TO IMPOSE SANCTIONS

**THIS MATTER** came before the Court for hearing on June 22, 2022 upon *Reorganized and Discharged Debtor, Liza Hazan, a/k/a Elizabeth Hazan's* ("Hazan") *Expedited Motion for Contempt, to Strike Lis Pendens and to Impose Sanction and Motion for Entry of Final Judgment* [ECF No. 1090] filed on April 26, 2022. By her motion, Ms. Hazan seeks sanctions against non-

party non-creditor Christopher Kosachuk, for the filing of the Eighth Lis Pendens on her Fisher Island homestead property located at 6913 Valencia Drive, Fisher Island, Miami, FL 33109, in violation of previous orders of this Court. Ms. Hazan asserts Kosachuk willfully violated the Court's injunction against collection of debts provided by 11 U.S.C. 524(a)(2) and the Discharge Order [ECF No. 766], the Court's Confirmation Order, [ECF No. 691], and the Order Granting Liza Hazan's Motion for Contempt, to Strike Lis Pendens and Impose Sanctions and for Entry of Final Judgment and Injunctive Relief (concerning the filing by Kosachuk of the Seventh Lis Pendens) ("Injunction Order")[ECF No. 1073], by filing an eighth lis pendens on Hazan's homestead property on March 30, 2022 recorded at Book 33096, Pages 4285-4286, CFN2022R0257478, of the Public Records of Miami-Dade County. [ECF No. 1090-A].

Upon consideration of the record and the motion, the Court determines that Chris Kosachuk does not hold a claim against Ms. Hazan or a lien on Ms. Hazan's homestead property. The Seventh Lis Pendens was recorded by Kosachuk without any basis and this Court determines that the filing of the Eighth Lis Pendens was also without any basis, in violation of the Discharge Injunction and Confirmation Order and the Injunction Order.

Accordingly, the Court concludes that the filing of the Eighth Lis Pendens violates the injunctions provided by the Confirmation, Discharge Order and the Injunction Order, and is an improper collateral attack on the Court's Final Judgment, and orders it to be immediately dismissed, dissolved and released with prejudice. Moreover, the Court believes that substantial sanctions are warranted should Kosachuk take any further action to prevent or delay the sale or refinancing of Ms. Hazan's property. It is therefore

ORDERED AND ADJUDGED that Liza Hazan's Expedited Motion for Contempt, to Strike lis pendens and to Impose Sanctions (ECF 1090) is GRANTED as follows:

1. The Court determines that Christopher Kosachuk is in contempt of Court for filing the Eighth Lis Pendens in violation of the Confirmation Order, the Injunction Order and discharge injunction.

2. The Eighth Lis Pendens recorded on March 30, 2022, at Book 33096 Pages 4285-4286 CFN 2022R0257478 is DISSOLVED, DISMISSED, DISCHARGED, AND RELEASED, with prejudice, and deemed null and void.

3. All other past, present and future lis pendens recorded by Chris Kosachuk or Christopher Kosachuk, or his representatives, attorneys, or agents, are deemed null and void and shall be immediately DISSOLVED, DISMISSED, DISCHARGED AND RELEASED, with prejudice, and of no effect.

4. The Court has stated on the record that Chris Kosachuk has no standing in this case, and the Court believes that his prior filings were improper efforts to prevent Ms. Hazan from selling or refinancing her property and completing her Plan. Should Kosachuk, or any agent or attorney acting on behalf of Kosachuk, take any action that results in the delay of the sale or refinancing of the Debtor's homestead property, the Court, upon the filing of an affidavit by Ms. Hazan or her counsel to that effect, will direct the United States Marshal to take Christopher Kosachuk into custody and to detain Mr. Kosachuk in custody until such time as Ms. Hazan is able to complete a closing on her homestead property.

###

**Submitted by:**
DAVID W. LANGLEY
*Attorney for Liza Hazan*
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone:  954-356-0450
Fax:  954-356-0451
E-mail: dave@flalawyer.com
Florida Bar Number 348279

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest, and by email and mail, postage prepaid, to:

**Chris Kosachuk**
854 Pheasant Run Rd.
West Chester, PA 19382

And by email to:
chriskosachuk@gmail.com